## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**JASON MEREDITH**                                                    **PETITIONER**

**v.**                                **NO. 4:26-cv-00053-JM**

**DEXTER PAYNE**                                                      **RESPONDENT**

### ORDER

The Court has received findings and a recommendation from Magistrate Judge Patricia S. Harris. After a careful review of the findings and recommendation, the timely objections received thereto, and the response to those objections, the Court made a <u>de novo</u> review of the record. The Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The motion to dismiss filed by respondent Dexter Payne ("Payne") is granted. <u>See</u> Docket Entry 6. The petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 filed by petitioner Jason Meredith ("Meredith") is dismissed. All requested relief is denied, and judgment will be entered for Payne. In accordance with Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is denied. Meredith cannot make a "substantial showing of the denial of a constitutional right." <u>See</u> 28 U.S.C. 2253(c)(2).

IT IS SO ORDERED this 12th day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE